JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. FERNANDES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM BOLDNER,<br><br>　　　　　Defendant. | Case No. CV 14-9429-GW(AJWx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　Based upon the Notice of Dismissal filed on December 9, 2014, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: December 16, 2014　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE